ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
PAUL SACHELARI
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8933
  Facsimile: (415) 744-0134
  E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHUSNEY BRAMLETT,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | No. EDCV 11-1549 CW<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: May 8, 2012

_____
HON. CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE